UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN PAUL WISSINGER,                    )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )          Case No. 4:16-CV-00967 (CEJ)
                                        )
MASSMAN CONSTRUCTION CO.,               )
                                        )
            Defendant.                  )

## ORDER

This matter is before the Court on defendant's motion to compel plaintiff to provide initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), to answer defendant's first set of interrogatories, and to produce documents in response to defendant's request for production.  Plaintiff has not responded to the motion, and the time allowed for doing so has expired.

Based on the information presented, the Court finds that plaintiff has failed to provide the disclosures and discovery as required by the Federal Rules of Civil Procedure.  The defendant's motion to compel will be granted, and plaintiff will be given a deadline by which to provide the disclosures and respond to the discovery requests.  Plaintiff is advised that failure to comply with this order compelling disclosure and discovery may result in the imposition of sanctions as authorized by Rule 37 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [Doc. #16] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff shall have until **February 1, 2017** to provide his initial disclosures, to answer defendant's first set of interrogatories, and to produce all documents responsive to defendant's request for production.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2017.